Lizbeth Hasse (SBN 104517)
*lhasse@cilawyers.com*
Creative Industry Law
155 Sansome Street, Suite 500
San Francisco, California 94104
Tel:  (415) 433-4380
Fax: (415) 433-6580

Attorney for Defendants
POPSUGAR INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIVED IN IMAGES, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>POPSUGAR INC., a Delaware corporation, and DOES 1-5,<br><br>Defendants. | CASE NO. 3:15-cv-01611-JCS<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>Judge:      Honorable Joseph C. Spero<br><br>Complaint filed:   April 9, 2015<br>Trial Date:          None set |

**PURSUANT TO LOCAL RULE 6-1(a), THE PARTIES HEREBY STIPULATE:**

1. Plaintiff LIVED IN IMAGES filed the Complaint on April 9, 2015. Defendants were served the Complaint and Summons on April 13, 2015.

2. Defendants have recently retained counsel, Creative Industry Law.  Lead attorney is Lizbeth Hasse.

3. Under Federal Rule of Civil Procedure 12, a responsive pleading is due on May 4, 2015 (21 days after service of the Complaint).

4. The time for Defendants to respond or otherwise plead to the Complaint is extended by twenty-two (22) days. The Parties agree to extend the time for Defendants to respond or otherwise plead to the Complaint to and including May 26, 2015.

5. There have not been any prior stipulations extending dates in this matter.

IT IS SO STIPULATED.

Dated:  May 1, 2015                                NEWMAN DU WORS LLP

                                                                By:   /s/ Sophy Tabandeh
                                                                        Sophy Tabandeh (SBN 287583)
                                                                        *sophy@newmanlaw.com*
                                                                        Derek A. Newman (SBN 190467)
                                                                        *derek@newmanlaw.com*

                                                                        Attorneys for Plaintiff
                                                                        LIVED IN IMAGES, INC.

Dated:  May 1, 2015                                CREATIVE INDUSTRY LAW

I represent that concurrence in the filing of this document has been obtained from each of the other signatories which shall serve in lieu of their signatures on this document.

                                                                By:   /s/ Lizbeth Hasse
                                                                        Lizbeth Hasse (SBN 104517)
                                                                        *lhasse@cilawyers.com*

                                                                        Attorney for Defendants
                                                                        POPSUGAR, INC.

Dated: may 4, 2015

*[SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]*

- 2 -
**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**
**CASE NO: 3:15-CV-01611-JCS**